**Order entered February 18, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00745-CR

**MIGUEL ANGEL CASTELLANOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82163-2017**

## ORDER

Before the Court is appellant's February 13, 2020 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before March 4, 2020. If appellant fails to file his brief by that date, we will abate the appeal for a hearing without further notice. *See* TEX. R. APP. P. 38.8(b)(3).

/s/    CORY L. CARLYLE
          JUSTICE